**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: OSTRY, LARRY MARTIN | § | Case No. 07-22722 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER ______________, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/04/2011 By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: OSTRY, LARRY MARTIN § Case No. 07-22722
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 7,013.90

*and approved disbursements of* $ 0.00

*leaving a balance on hand of* [1] $ 7,013.90

**Balance on hand:** $ 7,013.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,013.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,451.39 | 0.00 | 1,451.39 |
| Trustee, Expenses - BRADLEY J. WALLER | 95.00 | 0.00 | 95.00 |

Total to be paid for chapter 7 administration expenses: $ 1,546.39
Remaining balance: $ 5,467.51

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,467.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,467.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,107.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 8,994.00 | 0.00 | 804.72 |
| 2 | CHASE BANK USA | 569.28 | 0.00 | 50.94 |
| 3 | eCAST Settlement Corporation assignee of HSBC | 374.51 | 0.00 | 33.51 |
| 4 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 32,872.45 | 0.00 | 2,941.19 |
| 5 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 16,691.60 | 0.00 | 1,493.45 |
| 6 | HSBC Bank Nevada, N.A. (Bon Ton) | 1,515.05 | 0.00 | 135.56 |
| 7 | Univ Anestheologists | 91.00 | 0.00 | 8.14 |

Total to be paid for timely general unsecured claims: $ 5,467.51
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 07-22722 Doc 26 Filed 02/13/08 Entered 02/14/08 00:24:17 Desc Imaged
Certificate of Service Page 5 of 5

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: kseldon           Page 1 of 1            Date Rcvd: Feb 11, 2008
Case: 07-22722                Form ID: ntcftfc7       Total Served: 22

The following entities were served by first class mail on Feb 13, 2008.
db           +Larry Martin Ostry,    609 Greenfield Turn,    Yorksville, IL 60560-9104
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
11882553     +Athletico Ltd,    709 Enterprise Dr,    Oak Brook, IL 60523-8814
11790639      Bank of America,    4060 Stanton Rd,    Newark DE 19713
11790655     +Carson Pirie Scott,    Attn Judy Goggins,    331 W Wisconsin Avenue,    Milwaukee WI 53203-2295
11790654     +Central DuPage Hsp,    25 N Winfield Rd,    Winfield IL 60190-1295
11790649     +Chicagoland Pools Pros,    144 Monterey Drive,    Bolingbrook IL 60440-2373
11790642     +Commerce Bank Center,    3930 S 147th Str,    Omaha NE 68144-5569
11790653     +DuPage Medical Grp,    1860 PaySphere Circle,    Chicago IL 60674-0018
11790648     +Fay Farrow & Assoc PC,    1730 Park St Ste 109,    Naperville IL 60563-2609
11790647     +Goldstine , Skrodzki Russian,    Nemar & Hoff LTD,    The Prairie Building,
               835 McClintock Dr 2nd Fl,    Burr Ridge IL 60527-0859
11790650     +Marios Landscaping,    408 W New York Str,    Aurora IL 60506-3935
11790651     +Midwest Orthopaedics,    Hand & Shoulder Ctr at Rush,    1725 W Harrison Str Ste 1042,
               Chicago IL 60612-5109
11790646     +Reich & Orloff & Jumbeck,    Atty at Law LLP,    116 North Chicago Str,    Joliet IL 60432-4204
11790652     +Rush Oak Park Hsp,    520 S Maple Ave,    Oak Park IL 60304-1097
11790637     +Saxon Mortgage,    POB 161489,    Ft Worth TX 76161-1489
11882554     +University Pathologists,    5620 South Wyck Rd,    Toledo, OH 43614-1501

The following entities were served by electronic transmission on Feb 12, 2008.
11790640     +EDI: BANKAMER.COM Feb 12 2008 00:27:00      Bank of America,    POB 15026,
               Wilmington DE 19850-5026
11790641     +EDI: CHASE.COM Feb 12 2008 00:27:00      Chase,    POB 15298,    Wilmington DE 19850-5298
11790643      EDI: DISCOVER.COM Feb 12 2008 00:27:00      Discover Card,    12 Reads Way,    New Castle DE 19720
11790645     +EDI: HFC.COM Feb 12 2008 00:27:00      HSBC,    POB 15524,    Wilmington DE 19850-5524
11790644     +EDI: HFC.COM Feb 12 2008 00:27:00      Household Bank,    12447 SW 69th Ave,    Tigard OR 97223-8517
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11790638       Kate Ostry
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date:** Feb 13, 2008 **Signature:** Joseph Speetjens

United States Bankruptcy Court
Northern District of Illinois

In re:
Larry Martin Ostry
Debtor

Case No. 07-22722-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: mgonzalez Page 1 of 2 Date Rcvd: Mar 25, 2011
Form ID: pdf006 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2011.

db +Larry Martin Ostry, 609 Greenfield Turn, Yorksville, IL 60560-9104
tr +Bradley J Waller, Klein Stoddard Buck Waller & Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178-3140
12190143 +AT&T Business National, ER Solutions, PO Box 9006, Renton, WA 98057-9006
11882553 +Athletico Ltd, 709 Enterprise Dr, Oak Brook, IL 60523-8814
11790640 +Bank of America, POB 15026, Wilmington DE 19850-5026
11790639 Bank of America, 4060 Stanton Rd, Newark DE 19713
11990469 +CHASE BANK USA, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132
11790655 +Carson Pirie Scott, Attn Judy Goggins, 331 W Wisconsin Avenue, Milwaukee WI 53203-2295
11790654 +Central DuPage Hsp, 25 N Winfield Rd, Winfield IL 60190-1295
11790641 +Chase, POB 15298, Wilmington DE 19850-5298
11790649 +Chicagoland Pools Pros, 144 Monterey Drive, Bolingbrook IL 60440-2373
11790642 +Commerce Bank Center, 3930 S 147th Str, Omaha NE 68144-5583
12190144 +Daryl Bronson, 767 Park Ave #310, Highland Park, IL 60035-2472
11790653 +DuPage Medical Grp, 1860 PaySphere Circle, Chicago IL 60674-0001
11790648 +Fay Farrow & Assoc PC, 1730 Park St Ste 109, Naperville IL 60563-2609
11790647 +Goldstine , Skrodzki Russian, Nemar & Hoff LTD, The Prairie Building, 835 McClintock Dr 2nd Fl, Burr Ridge IL 60527-0859
11790645 ++HSBC BANK, ATTN BANKRUPTCY DEPARTMENT, PO BOX 5213, CAROL STREAM IL 60197-5213 (address filed with court: HSBC, POB 15524, Wilmington DE 19850)
12465520 +HSBC Bank Nevada, N.A. (Bon Ton), eCAST Settlement Corporation, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083
11790644 +Household Bank, 12447 SW 69th Ave, Tigard OR 97223-8517
12190138 +Illinois Dept of Employment Security, Benefit Payment Control Division, PO Box 4385, Chicago IL 60680-4385
11790650 +Marios Landscaping, 408 W New York Str, Aurora IL 60506-3935
11790651 +Midwest Orthopaedics, Hand & Shoulder Ctr at Rush, 1725 W Harrison Str Ste 1042, Chicago IL 60612-5109
11790646 +Reich & Orloff & Jumbeck, Atty at Law LLP, 116 North Chicago Str, Joliet IL 60432-4204
11790652 +Rush Oak Park Hsp, 520 S Maple Ave, Oak Park IL 60304-1097
11790637 +Saxon Mortgage, POB 161489, Ft Worth TX 76161-1489
12190145 +Univ Anesthelogists, Lockbox 128, Glenview, IL 60025-0128
11882554 +University Pathologists, 5620 South Wyck Rd, Toledo, OH 43614-1501
12140859 eCAST Settlement Corporation assignee of, HSBC Bank Nevada and its Assigns, POB 35480, Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

11790643 E-mail/PDF: mrdiscen@discoverfinancial.com Mar 26 2011 00:10:28 Discover Card, 12 Reads Way, New Castle DE 19720
11958013 E-mail/PDF: mrdiscen@discoverfinancial.com Mar 26 2011 00:10:28 Discover Bank/DFS Services LLC, PO Box 3025, New Albany OH 43054-3025
12223642 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2011 00:05:50 FIA CARD SERVICES, N.A./BANK OF AMERICA, by American InfoSource L.P. as its agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

11790638 Kate Ostry
aty* +Bradley J Waller, Klein Stoddard Buck Waller & Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178-3140

TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1 User: mgonzalez Page 2 of 2 Date Rcvd: Mar 25, 2011
Form ID: pdf006 Total Noticed: 31

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011** **Signature:** Joseph Speetjens